MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00584 EJD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO October 3, 2011 AND EXCLUDING TIME FROM September 19, 2011 TO October 3, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| ARTURO SOLORIO-CAMACHO, | |
| Defendant. | |

The Parties, ARTURO SOLORIO-CAMACHO and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for September 19, 2011 be vacated, and that the hearing be re-set for October 3, 2011 at 1:30 pm. The parties are requesting the continuance of the hearing due to the need for additional time for defense investigation, additional time to jointly negotiate a resolution in this matter, and to maintain continuity of counsel.

The parties stipulate that the time between September 19, 2011 and October 3, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: September 15, 2011    MELINDA HAAG
United States Attorney

\_\_\_/s/_____
ANN MARIE E. URSINI
Special Assistant United States Attorney


\_\_\_/s/_____
LARA S. VINNARD
Attorney for Defendant

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for September 19, 2011 is vacated, and the matter is continued to October 3, 2011 at 1:30pm. Further, the Court ORDERS that the time between September 19, 2011 and October 3, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 19, 2011

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge